656

January 16, 1981.

432 A.2d 251

Commonwealth v. Coda, Appellant.

Submitted November 16, 1979. John A. Halley, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

432 A.2d 252

Commonwealth v. Harris, Appellant.

Submitted March 21, 1980. John C. Anderson, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.